MAHONING COUNTY BAR ASSOCIATION *v.* STROBEL.

[Cite as *Mahoning Cty. Bar Assn. v. Strobel* (1993), 66 Ohio St.3d 106.]

(No. 92–1730—Submitted January 12, 1993—Decided April 14, 1993.)

*John M. Durkin* and *Randall W. Rummell*, for relator.

*Stewart I. Mandel*, for respondent.

---

*Per Curiam.* Having reviewed the record, we concur in the findings and recommendation of the board. Albert L. Strobel is permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.